IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 MAR -9 PM 3:09

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

IN THE MATTER OF THE SEARCH OF : CASE NO. 3:18MJ052
3:18MJ053
SEALED DOCUMENT 3:18MJ054

ORDER SEALING APPLICATIONS, SEARCH WARRANTS,
SUPPORTING AFFIDAVITS AND RETURNS

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Applications, Supporting Affidavits, Search Warrants and Returns for captioned Search Warrants be sealed and kept from public inspection.

_3-9-18_
DATE

_/s/ Sharon L. Ovington_
SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE